IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LOGITRAQ, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:14cv210-JDL |
| | § | |
| PRAXAIR, INC. | § | |

## FINAL JUDGMENT

Pursuant to the Agreed Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Logitraq, LLC, filed suit against Praxair, Inc. on March 20, 2014. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 28th day of July, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE